UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEI YAN | CIVIL ACTION |
| VERSUS | NO: 23-126 |
| NEW ORLEANS ASYLUM OFFICE | SECTION: "J" (4) |

## JUDGMENT

Considering the Court's Order (Rec. Doc. 9), filed herein,

**IT IS ORDERED, ADJUDGED and DECREED** that there be judgment in favor of defendant, New Orleans Asylum Office, and against Plaintiff, Fei Yan, **DISMISSING** Plaintiff's claims **with prejudice**.

New Orleans, Louisiana, this 16th day of August, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE